HENRY GRIEME, on Behalf of Himself and Other Stockholders of the Grove Hill Realty Company, Appellant, Respondent, *v.* GROVE HILL REALTY COMPANY and Others, Respondents, Appellants.

Cross appeals from portions of an order of the Supreme Court, entered in the New York county clerk's office on the 17th day of August, 1915.

PER CURIAM: The order appealed from is modified by directing the following issues to be submitted to the jury: (1) Were the defendants as directors of the Grove Hill Realty Company negligent in the management of the business of the corporation, as alleged in the complaint? (2) If so, what damages, if any, did said corporation sustain by reason of such negligence? And, as so modified, the order should be affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

---

B. Altman & Company v. Ada Comstock and Another.— Motion denied, without costs. Opinion per curiam. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

First National Bank of Brownsville v. Lida M. Fleitman.— Motion denied, with ten dollars costs and disbursements. Opinion per curiam. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

In the Matter of Moses Jaffe.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin and Scott, JJ.

In the Matter of Samuel S. Whitehouse.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Andrew F. McNamara.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Justin S. Galland.— Referred to Honorable H. A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Paul Abrahams.— Referred back to official referee to take proof of facts referred to in the affidavits submitted on the motion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alfred T. Rowe.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.

In the Matter of Alfred J. Rifkind.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.

In the Matter of Max D. Steuer.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.